No. 95–143. INTERNATIONAL RECTIFIER CORP. *v.* SGS-THOMSON MICROELECTRONICS, INC.; and

No. 95–321. SGS-THOMSON MICROELECTRONICS, INC. *v.* INTERNATIONAL RECTIFIER CORP. C. A. Fed. Cir. Certiorari denied.

No. 95–145. FREEMAN *v.* PLANNING BOARD OF WEST BOYLSTON ET AL.; and

No. 95–322. PLANNING BOARD OF WEST BOYLSTON ET AL. *v.* FREEMAN. Sup. Jud. Ct. Mass. Certiorari denied.

No. 95–160. GOLD COAST PUBLICATIONS, INC., ET AL. *v.* CORRIGAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–199. NAVAJO NATION *v.* HOPI TRIBE ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–224. KRAEBEL, DBA BARKLEE REALTY CO. *v.* MICHETTI, COMMISSIONER, NEW YORK CITY DEPARTMENT OF HOUSING, PRESERVATION AND DEVELOPMENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–300. SKYWARK *v.* UNITED STATES LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–303. ROSS YORDY CONSTRUCTION CO., INC., ET AL. *v.* NAYLOR ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–304. RAFFERTY ET AL. *v.* CITY OF YOUNGSTOWN ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–305. PLAISANCE *v.* TRAVELERS INSURANCE CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–306. KIPEN *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 95–307. DORMAN ET UX. *v.* JONES ET AL. C. A. 10th Cir. Certiorari denied.